JOHN J. ORR and O. W. REINDERS, *Appellants,* vs. FLORIDA CITIES FINANCE COMPANY, a Florida Corporation; DADE DEVELOPERS, INC., a Florida Corporation, and E. K. DAHLMAN, *Appellees.*

Division B.

Decision filed February 4, 1931.

*Fred Paradise* and *John A. Fort,* for Appellants;

*Burwell & Sibley, A. B. Small* and *Wallace Ruff,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND BUFORD, J.J., concur.

ED GOLDMAN, FRANK RABINOWITZ, HARRY GOLDMAN, LOUIS BOBROFF and HATTYE BOBROFF, *Appellants* vs. M. M. HARNISH, *Appellee.*

Division B.

Decision filed February 4, 1931.

*Stanley M. Miller* and *Guss Rippa, for Appellants;*

*William G. King* and *Merle E. Rudy,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of

the order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND BUFORD, J.J., concur.

NORFLEET HOLDING COMPANY, a corporation, organized and doing business under the laws of the State of Florida, *Appellant,* vs. WILL H. PRICE and MATTIE L. PRICE, his wife, *Appellees.*

Division B.

Opinion filed February 5, 1931.

Petition for rehearing denied March 3, 1931.

*Hugo C. Enstrom,* for Appellant;

*Price, Price & Kassewitz,* for Appellees.

TERRELL, J.—This is a motion to quash "proceedings in error" as authorized by Section 2920 Revised General Statutes of 1920 (Section 4639 Compiled General Laws of 1927). Section 3173 Revised General Statutes of 1920 (Section 4967 Compiled General Laws of 1927) makes a